FILED

10/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0489

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 24-0489

IN RE THE GRANDPARENT-          )
GRANDCHILD VISITATION OF:       )
                                )
A.L.U.,                         )
                                )
SHARLINE BLUEMEL,               )
                                )
    Petitioner/Appellee,        )    ORDER EXTENDING TIME TO
                                )    FILE OPENING BRIEF
and                             )
                                )
ASHLEY UHRICH and VIJAY         )
UHRICH,                         )
                                )
    Respondents/Appellants.     )
                                )

The Court, having received and considered Appellants' Unopposed Motion for Extension of Time to file Opening Brief, and good cause appearing:  Appellants' Opening Brief is now due November 19, 2024.

DATED and electronically signed below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 18 2024